IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRYSTAL CULVER, individually and as Mother and Best Friend to OLIVIA CULVER, a minor,<br><br>    Plaintiff,<br><br>vs.<br><br>LUXOTTICA OF AMERICA, INC., d/b/a TARGET OPTICAL,<br><br>    Defendant. | 8:21CV64<br><br>ORDER ON STIPULATED MOTION TO DISMISS WITH PREJUDICE |

    This case is before the Court on the parties' Joint Stipulated Motion to Dismiss with Prejudice. Filing 29. The parties jointly request that this matter be dismissed with prejudice, with each party to pay its own costs, and with complete record waived. Under these circumstances, dismissal with prejudice is appropriate. Accordingly,

    IT IS ORDERED that the parties' Joint Stipulated Motion to Dismiss with Prejudice, Filing 29, is granted and this matter is dismissed with prejudice, with each party to pay its own costs, and with complete record waived.

    Dated this 26th day of April, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1